In the Matter of the Will of WILLIAM CARROLL, Deceased. RALPH C. CARROLL, Appellant; RALPH C. CARROLL, JR., et al., Respondents.

(Submitted May 25, 1936; decided June 2, 1936.)

*Daniel J. Mooney* for motion.
*Benjamin F. Schreiber* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements as unnecessary. (Cf. *Tague Holding Corp.* v. *Harris*, 250 N. Y. 557.)